THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST BOYD, Appellant.

Submitted June 1, 20004; decided July 1, 2004

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this

motion for leave to appeal from the order of County Court entered in this proceeding commenced in City Court (*see* NY Const, art VI, § 3 [b]; CPLR 5602).